United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TECHNOLOGY PROPERTIES LIMITED,LLC, et. al., | CASE NO. 5:12-cv-03870 EJD |
| | **ORDER GRANTING STIPULATIONS** |
| Plaintiff(s), | |
| v. | [Docket Item No(s). 13, 14] |
| GARMIN, LTD, et. al., | |
| Defendant(s). | |

Presently before the court are two matters: (1) a stipulation of the parties for relief from motion hearing, case management conference deadlines and deadline to answer complaint, and (2) a stipulation of the parties to stay proceedings. See Docket Item Nos. 13, 14. Since the court finds good cause for the relief requested, the stipulations are GRANTED and the court orders as follows:

1. This action is STAYED in its entirety pending final resolution of the International Trade Commission's investigation regard U.S. Patent No. 5,809,336, *In re Certain Wireless Consumer Electronics Devices and Components Thereof*, ITC Investigation no. 337-TA-853. The Motion to Stay (Docket Item No. 5) and the Case Management Conference scheduled for November 16, 2012, are VACATED. The clerk shall administratively close this file.

2. The parties shall provide notice to the court within 10 days of the final resolution of the ITC investigation. In their notice, the parties shall request that this matter be

      reopened, and that a Case Management Conference be scheduled.

3.     Defendant's deadline to answer or otherwise respond to the Complaint is extended to up to and including 14 days following the lifting of the stay issued herein.

3.     This Order shall not prevent either party from seeking to reopen this case and lift or extend the stay at any other time should the circumstances warrant.

**IT IS SO ORDERED.**

Dated: October 29, 2012



EDWARD J. DAVILA
United States District Judge

---

CASE NO. 5:12-cv-03870 EJD
ORDER GRANTING STIPULATIONS