Jennifer Seraphine (State Bar No. 245463)
seraphine@turnerboyd.com
TURNER BOYD LLP
702 Marshall Street, Suite 640
Redwood City, California 94063
Telephone: (650) 521-5930
Facsimile: (650) 521-5931

*Attorneys for Defendants*
GARMIN INTERNATIONAL, INC., and
GARMIN USA, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| TECHNOLOGY PROPERTIES LIMITED LLC, PHOENIX DIGITAL SOLUTIONS LLC, and PATRIOT SCIENTIFIC CORPORATION<br><br>Plaintiffs,<br><br>vs.<br><br>GARMIN LTD., GARMIN INTERNATIONAL, INC., and GARMIN USA, INC.,<br><br>Defendants. | Case No. 3:12-cv-03870-VC<br><br>**STIPULATED REQUEST TO EXTEND TIME FOR DEFENDANTS TO FILE CLAIM CONSTRUCTION BRIEF** |

Defendants Garmin International, Inc. and Garmin USA, Inc. ("Garmin") respectfully request a one day extension to file their opening claim construction brief and supporting documents, attached as Exhibits 1-10 to the Declaration of Jennifer Seraphine ("Seraphine Decl.") submitted herewith. Plaintiffs do not oppose Garmin's request.

This case is related to six (6) other cases pending before this Court.[1] The schedule in each of these related cases calls for the filing of opening claim construction briefs on August 4, 2015. (D.E. 65). Garmin did not file its claim construction brief in this case due to an administrative oversight: Defendants in the related cases have coordinated to file one joint claim construction brief, and

---

[1] Case Nos. 3:12-cv-03863; 2:12-cv-03865; 3:12-cv-03876; 3:12-cv-03877; 3:12-cv-03880; and 3:12-cv-03881.

1  undersigned counsel misunderstood that a single filing of the brief would be made in all of the
2  related cases simultaneously.  *See* Seraphine Decl. ¶ 2.  The same claim construction brief that
3  Garmin seeks to file herein was filed in the related cases, and served to Plaintiffs' counsel, on
4  August 4, 2015.  *Id.* ¶ 4.

5       Undersigned counsel has conferred with Plaintiffs' counsel and Plaintiffs do not oppose this
6  request.  There have been no other requests to change this date, and allowing Garmin the additional
7  time will not effect the schedule in this case.

|  |  |
|---|---|
|  | Respectfully Submitted, |
|  | TURNER BOYD LLP |
| Dated:   August 5, 2015 | */s/ Jennifer Seraphine* |
|  | Jennifer Seraphine (State Bar No. 245463) |
|  | seraphine@turnerboyd.com |
|  | 702 Marshall Street, Suite 640 |
|  | Redwood City, California 94063 |
|  | Telephone:  (650) 521-5930 |
|  | Facsimile:  (650) 521-5931 |
|  | Attorneys for Defendants |
|  | *GARMIN  INTERNATIONAL, INC., and GARMIN USA, INC.* |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**  Garmin may file the claim construction brief and supporting documents submitted as Exhibits 1-10 with the Declaration of Jennifer Seraphine.

Dated:  August 6, 2015

                                          Paul S. Grewal
                                          United States Magistrate Judge